UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMARIEAY PRESCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants. | Case No. 24-cv-01660-HSG<br><br>**ORDER REGARDING OSC RESPONSE**<br><br>Re: Dkt. No. 24 |

On June 21, 2024, the Court granted in part the motion to dismiss filed by Defendants Contra Costa County and Contra Costa County Sherriff's Office. Dkt. No. 20. The Court dismissed the *Monell* claim—the only claim—against Defendants, but rejected Defendants' argument that the complaint is barred by the statute of limitations. *Id.* The Court granted Plaintiff Emarieay Prescott until July 12, 2024, to amend the complaint. *Id.* When he failed to do so, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. Dkt. No. 23. In response, Plaintiff's counsel states that he inadvertently missed the deadline. *See* Dkt. No. 24. Yet as of the date of this order he still has not filed an amended complaint. Nor has counsel indicated when he intends to do so. Rather, he appears to leave open the possibility that he will amend the complaint once he has discovered the identities of several "Doe" Defendants. *See id.* Plaintiff is not free to disregard or unilaterally postpone court-imposed deadlines, and there is currently no operative complaint in this case.

If he intends to try to plead an adequate *Monell* claim, Plaintiff is therefore **DIRECTED** to file an amended complaint by August 8, 2024, regardless of whether he has identified the deputies allegedly involved in this case. The Court will discharge the order to show cause once the complaint is filed. The Court cautions Plaintiff that if he fails to amend the complaint by this new

deadline the case may be dismissed for failure to prosecute without further notice. The Court also expects counsel to scrupulously comply with all court-imposed deadlines in the future.

**IT IS SO ORDERED.**

Dated: 7/25/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge