UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMARIEAY PRESCOTT,<br>　　　　　Plaintiff,<br>　　v.<br>CONTRA COSTA COUNTY, et al.,<br>　　　　　Defendants. | Case No. 24-cv-01660-HSG<br><br>**ORDER DISMISSING DOE DEFENDANTS AND ENTERING JUDGMENT** |

　　　　On December 12, 2024, the Court granted the motion to dismiss this action as to Defendants Contra Costa County and Contra Costa County Sheriff's Office ("County Defendants") without leave to amend. *See* Dkt. No. 38 at 8–9. The Court also recognized that the Doe Defendants had not been identified or served. *Id.* The Court cautioned that the case could not be kept open indefinitely while Plaintiff attempted to identify these individuals. *Id.* However, at the same time, the parties asked the Court to stay the case because Plaintiff's counsel was receiving medical treatment. *See* Dkt. No. 37. The Court therefore stayed the case, "including the entry of judgment and Plaintiff's obligation to serve the remaining Doe Defendants, through March 14, 2025, to accommodate counsel's convalescence." *Id.* at 9.

　　　　The parties filed a status report on March 13, 2025. *See* Dkt. No. 39. In it, the County Defendants ask that judgment be entered in their favor based on the Court's prior order and that the Doe Defendants be dismissed without prejudice. *Id.* at 2. Plaintiff does not address the County Defendant's request for entry of judgment, but asks for another two months to serve the Doe Defendants. *Id.* at 1–2. The Court agrees with County Defendants.

　　　　Plaintiff has had ample opportunity to identify and serve Doe Defendants and has not done so. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion

or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  The Court understands that counsel was on medical leave as of November 29, 2024.  *See* Dkt. No. 39 at 1.  However, Plaintiff makes no effort to explain what steps he took before then to identify and serve the Doe Defendants.  He had eight months between filing the case in March 2024 and counsel going on medical leave in November 2024.  Accordingly, the Court **DISMISSES** this action against Doe Defendants without prejudice.  The Clerk is further directed to enter judgment in favor of Defendants Contra Costa County and Contra Costa County Sheriff's Office.  This case remains closed.

**IT IS SO ORDERED.**

Dated:  3/18/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge