UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMARIEAY PRESCOTT,

    Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

    Defendants.

Case No. 24-cv-01660-HSG

**JUDGMENT**

    Judgment is hereby entered consistent with the Court's Order Dismissing Doe Defendants and Closing Case,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 18th day of March, 2025.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.